IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**RICKY LEE SCOTT**  **PLAINTIFF**
**ADC #112513**

v.     No. 2:12-cv-125-DPM

**FLETCHER LONG**  **DEFENDANT**

## JUDGMENT

Scott's complaint is dismissed without prejudice.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
U.S. District Court Judge

21 August 2012